■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON MORALES, Appellant. [61 NYS3d 908]—An appeal having been taken to this Court by the above-named appellant from the judgments of the Supreme Court, Bronx County (Steven L. Barrett, J.), rendered January 25, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same are hereby affirmed. Concur—Tom, J.P., Manzanet-Daniels, Mazzarelli, Oing and Singh, JJ.